IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DANIEL ROBERT HAMILTON, #B-26391, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 16-cv-01346-NJR |
| JEFF WRIGHT, ROBERT LEY, JOHN DOE, JANE DOE, MS. BARTON, MR. LAWRENCE, PRISON REVIEW BOARD MEMBER #3, IDOC BOARD MEMBERS, JOHN BALDWIN, and BRUCE RAUNER, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge Nancy J. Rosenstengel, and the following decision was reached:

**JUDGMENT IS HEREBY ENTERED AGAINST** Plaintiff and **IN FAVOR OF** Defendants. Plaintiff shall recover nothing, and the action is **DISMISSED** without prejudice, the parties to bear their own costs. This dismissal shall count as one of Plaintiff's allotted "strikes" under 28 U.S.C. § 1915(g).

**DATED**: March 3, 2017

JUSTINE FLANAGAN, ACTING CLERK

By: s/ Tanya Kelley
Deputy Clerk

APPROVED: _____
NANCY J. ROSENSTENGEL
United States District Judge